No. 17578—Lacy Reining, Admrx., etc., v. Th Northern Ohio Traction Co. Error to the Court o Appeals of Cuyahoga county.

STREET RAILWAYS—(1) Duty of company as carrier—Ends when it discharges passenger safel upon the street—(2) Not duty of conductor o motorman to warn passengers alighting at regula stops as ·to dangers from automobiles passing th cars at excessive speed.

MATTHIAS, J.:

1. Although a· passenger upon a ' street car .con tinues to be a passenger until· he has accomplished

he act of alighting in safety, and although the company owes him a high degree of care so long as the relation of carrier and passenger continues, such relation terminates and the duty of the company as a carrier is ended when it has discharged him safely upon the street, and the company is not responsible for dangers which subsequently arise from conditions not of its own creation.

2. It is not the duty of a conductor or motorman to warn passengers upon leaving a street car at a regular stop of the danger of automobile traffic in a city street, and failure to caution such passenger of approaching automobiles will not render the company liable for injuries caused by an automobile passing the car at an excessive rate of speed and striking the passenger after he had alighted from the street car in safety.

Judgment affirmed.

Marshall, C. J., Robinson and Jones, JJ., concur. Allen, J., concurs in proposition 1 of the syllabus. Day, J., took no part in the consideration or decision of the case.